

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| VICTOR JIMENEZ, | Case No. CV 12-6701-JST (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| G.J. JANDA, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 1, 2013

Josephine S. Tucker
United States District Judge