

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR JIMENEZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>G.J. JANDA, Warden,<br><br>　　　　Respondent. | Case No. CV 12-6701-JST   (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: April 1, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Josephine S. Tucker
　　　　　　　　　　　　　　　　United States District Judge